# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 14, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

154668-70(52)

ALLY FINANCIAL, INC.,
        Plaintiff-Appellant,

v

STATE TREASURER, STATE OF MICHIGAN,
and DEPARTMENT OF TREASURY,
        Defendants-Appellees.

_____

SC: 154668
COA: 327815
Ct of Claims: 13-000049-MT

SANTANDER CONSUMER USA, INC.,
        Plaintiff-Appellant,

v

STATE TREASURER, STATE OF MICHIGAN,
and DEPARTMENT OF TREASURY,
        Defendants-Appellees.

_____

SC: 154669
COA: 327832
Ct of Claims: 13-000114-MT

SANTANDER CONSUMER USA, INC.,
        Plaintiff-Appellant,

v

STATE TREASURER, STATE OF MICHIGAN,
and DEPARTMENT OF TREASURY,
        Defendants-Appellees.

_____/

SC: 154670
COA: 327833
Ct of Claims: 13-000113-MT

     On order of the Chief Justice, the motion for the temporary admission of out-of-state attorney Michael J. Bowen to practice *pro hac vice* in these cases is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 14, 2017

_____
Clerk